**F. A. Crowder,** *Plaintiff in Error,* v. S. Grunauer, Trad-ing as Grunauer Brothers, *Defendant in Error.*

Decision Filed July 29, 1920.

Writ of Error to a Judgment of the Circuit Court With-in and for the County of Columbia; M. F. Horne, Judge.

*J. B. Hodges,* for Plaintiff in Error;

*R. T. Boozer* and *W. H. Boozer,* for Defendant in Er-ror.

Per Curiam.—This cause having heretofore been sub-mitted to the Court upon the transcript of the record of the Judgment aforesaid, and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judg-ment to be given in the premises, it seems to the Court that there is no error in the said Judgment; it is, there-fore, considered, ordered and adjudged by the Court that the said Judgment of the Circuit Court be, and the same is hereby, affirmed.

Taylor, Whitfield, Ellis and West, J. J., concur.

Browne, C. J., not participating.